dence in this case, the final argument of the assistant State's Attorney was prejudicial error that requires us to reverse and remand this conviction, even though no objection was raised at the trial. (*People v. Morgan*, 20 Ill.2d 437, 170 N.E.2d 529; *People v. Davis*, 74 Ill.App.2d 450, 221 N.E.2d 63.) Therefore, the judgment is reversed and the cause remanded for a new trial.

Reversed and remanded.

SCHWARTZ and HAYES, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WALTER DANNER, Defendant-Appellant.

(No. 57200;

First District—December 5, 1972.

Opinion by Mr. JUSTICE LEIGHTON.

James J. Doherty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.